UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | 2:14-cv-08779-CAS(MANx) | Date | January 15, 2015 |
|---|---|---|---|
| Title | STRATEGIC ACQUISITIONS, INC. v. DAVID ZARIAN, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(In Chambers)** ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT

On June 12, 2014, plaintiff Strategic Acquisitions, Inc. filed in the Superior Court for the State of California for the County of Los Angeles this unlawful detainer action against defendants David Zarian, Mojdeh Zarian, and all occupants in possession of the residence in question. On November 13, 2014, defendants removed the action to this Court on the basis of purported federal question jurisdiction. On December 22, 2014, the Court issued a minute order explaining that federal question jurisdiction appeared to be lacking because defendants removed the action the basis of purported federal defenses. Dkt. No. 7; see Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987) (setting out the "well-pleaded complaint rule" governing the existence of federal question jurisdiction). The Court ordered defendants to show cause by January 12, 2015, why this case should not be remanded to the Superior Court. Dkt. No. 7.

As of January 15, 2015, defendants have not filed a response to the aforementioned order to show cause. Therefore, in accordance with the Court's prior order, this case is REMANDED to the Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |